**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 597 MAL 2017

                   : 

          Respondent       :     Petition for Allowance of Appeal from

                   :     the Order of the Superior Court

                   : 

          v.                : 

                   : 

                   : 

JOSHUA WILLIAMS,          : 

                   : 

          Petitioner         : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.